**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2013-1351
(Reexamination No. 95/001,716)

FACEBOOK, INC.,

Appellant,

v.

PRAGMATUS AV, LLC

Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

## APPELLANT'S CONSENTED TO MOTION TO AMEND SCHEDULE

| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE<br>MARK R. WEINSTEIN<br>REUBEN H. CHEN<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>(650) 843-5000 (telephone)<br>(650) 849-7400 (facsimile) | COOLEY LLP<br>SCOTT A. COLE<br>One Freedom Square<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>Tel: (703) 456-8000<br>Fax: (703) 456-8100 |
| *Attorneys for Appellant FACEBOOK, INC.* ||

Pursuant to Federal Circuit Rules 26(b) and 27, Appellant Facebook, Inc. ("Facebook") hereby moves for the following extension of time to file its principal brief. Counsel for Facebook has conferred with counsel for Appellee Pragmatus AV, LLC ("Pragmatus"), who stated that Pragmatus consents to the following extension:

| Event | Date to be extended | Revised date sought |
| --- | --- | --- |
| Facebook's principal brief | 06/24/2013 | 9/20/2013 |

Accordingly, Facebook seeks an extension of 87 days. The Court has not previously granted any extention to Appellant on this appeal.

The amended schedule would facilitate the parties' efforts to mediate and allow sufficient time and focus to be devoted to the Federal Circuit's mediation program. *See* Affidavit of Reuben H. Chen.

Dated: June 11, 2013                                   Respectfully submitted,

                                                       COOLEY LLP

                                                       */s/ Scott A. Cole*
                                                       Heidi L. Keefe
                                                       Mark R. Weinstein
                                                       Reuben H. Chen
                                                       Scott A. Cole
                                                       Cooley LLP

                                                       *Attorneys for Appellant*
                                                       *FACEBOOK, INC.*

# CERTIFICATE OF INTEREST

Counsel for Appellant Facebook, Inc. certifies the following:

1. The full name of every party or amicus represented by me is: Facebook, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:

From Cooley LLP: Heidi Keefe, Mark Weinstein, Reuben Chen, Scott Cole, John Mills, and Justin Wilcox.*

*Mr. Wilcox represented Facebook before the U.S.P.T.O, but is no longer associated with Cooley LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I caused to be electronically filed the foregoing APPELANT'S CONSENTED TO MOTION TO AMEND SCHEDULE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, including the following attorneys representing Pragmatus on this appeal:

Tillman J. Breckenridge
(tbreckenridge@reedsmith.com)
Marc S. Kaufman
(mskaufman@reedsmith.com)
Reed Smith LLP
1301 K Street, N.W.
Suite 1100-East Tower
Washington, D.C.  20005
Tel: (202) 414-9200
Fax: (202) 414-9299

*/s/ Scott A. Cole*
Scott A. Cole
Attorney for Appellant
FACEBOOK, INC.